UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:    SEE ATTACHMENT A

### ORDER GRANTING SUBSTITUTION OF COUNSEL

These cases came on this day to be heard upon Motion of Counsel, Mitchell P. Goldstein to substitute Jason M. Krumbein for all cases listed in Attachment A.

**UPON CONSIDERATION** WHEREOF, and it appearing to the Court that Attorney Mitchell P. Goldstein will no longer be associated with Krumbein Consumer Legal Services, Inc. and that Jason M. Krumbein desires to and has agreed to be solely responsible for all cases listed in Attachment A and it appearing that Attorney Mitchell P. Goldstein has filed a Motion to Substitute Counsel and does not have any objections.

It is accordingly, **ADJUDGED, ORDERED and DECREED** that Jason M. Krumbein is hereby substituted as counsel of record for all Debtors listed in Attachment A.

It is further **ORDERED** that a copy of this Order shall be forwarded to Mitchell P. Goldstein; Jason M. Krumbein; all case trustees; and The Office of the U.S. Trustee all by ECF.

ENTERED this ____ day of _____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Mitchell P. Goldstein, Esq.
Mitchell P. Goldstein, Esq. 40613
Goldstein Law Group, Inc.
9962 Brook Road, #647
Glen Allen, VA 23059
(804) 569-1674

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq., 43538
Krumbein Consumer Legal Services, Inc.
5310 Markel Road, Suite 102
Richmond, VA  23230
(804) 303-0204

### CERTIFICATE OF ENDORESEMENT PURSUANT TO LBR 9022-1

The undersigned hereby certifies that the foregoing order has been served on or endorsed by all necessary parties.

/s/ Mitchell P. Goldstein, Esq.
Mitchell P. Goldstein, Esq.  VSB 40613

Mitchell P. Goldstein, Esq. 40613
9962 Brook Road, #647
Glen Allen, VA 23059
(804) 592-1674
mitch@mitchellpgoldstein.com (e-mail)

Mitchell P. Goldstein, Esq. 40613
9962 Brook Road, #647
Glen Allen, VA 23059
(804) 592-1674
mitch@mitchellpgoldstein.com (e-mail)

**EXHIBIT "A"**

| Case Number | Name |
|---|---|
| 07-30161-KRH | David Lee Cabaniss and Cheryl Ann Cabaniss |
| 07-32595-KRH | Gregory E. Graham and Lola Graham |
| 07-32812-KRH | Paul Jessie Newcomb and Patricia Gault Newcomb |
| 07-34122-KRH | Alvin Delano Lewis |
| 08-31015-KRH | Rebecca D. Heins |
| 08-31036-KRH | Katrina Elberta Wells |
| 08-31257-KRH | Ramonda Wilnette Bailey |
| 08-32241-KRH | Randy Wayne Faison |
| 08-32640-KRH | Warren K Miller |
| 08-33638-KRH | Charles Nathaniel Dandridge and Pamela Denice Dandridge |
| 08-33873-KRH | Curnell Melvin Westbrook and Hulda Lou Westbrook |
| 08-33992-KRH | Ruby Diann Jackson |
| 08-34025-KRH | Clyde Earl Moses |
| 08-34369-KRH | Howard H. Moore |
| 08-34411-KRH | Jerry Mayo and Tyra Mayo |
| 08-34519-KRH | Missie Michelle Dugger |
| 08-34546-KRH | Nathaniel A. Guthrie |
| 08-35097-KRH | Thomas Wayne Modlin and Kayse Lynn Modlin |
| 08-35168-KRH | James Vincent Gillespie and Julia Calvin Gillespie |
| 08-35236-KRH | Myron J. Glenn and Edna N. Glenn |
| 08-35643-KRH | Mark W Clements and Michelle J Clements |

| | |
|---|---|
| 08-36151-KRH | Vera Land Jones |
| 08-36431-KRH | Devonne Christian Robinson |
| 08-36469-KRH | Babashola Ayodeji Ojo |
| 09-30329-KRH | Gerard Mandel Brooks |
| 09-30843-KRH | Olivia Yvonne Laney |
| 09-31144-KRH | Sallie Mae Knight |
| 09-31194-KRH | Deborah Crystal Baugh |
| 09-31451-KRH | Renaldo Colester Johnson and Wyvette Elaine Johnson |
| 09-32242-KRH | James T. Marshall |
| 09-32339-KRH | Douglas E. Hulsizer |
| 09-32600-KRH | Yvonne Lawrence Silver |
| 09-32974-KRH | Patricia T. Johns |
| 09-33095-KRH | Michael D Deane and Tammy T Deane |
| 09-33648-KRH | Ritchie Thaddeus Patterson and Katie Hudson Patterson |
| 09-33710-KRH | Cecil M Carey and Denita L Tate |
| 09-35175-KRH | Archie L Cannon and Pamela O Cannon |
| 09-36896-KRH | Nettie W. Coleman |
| 09-37509-KRH | Mark A Gilroy and Samantha R Gilroy |
| 09-37820-KRH | Sean P Pearce and Jennifer M Pearce |
| 09-37973-KRH | Joseph E. Osborne |
| 09-38360-KRH | Milton M Morgan and Carol R Morgan |
| 10-30104-KRH | Lauren R May |
| 10-30393-KRH | Marcellus A Maple and Anet H Maple |

| | |
|---|---|
| 10-32455-KRH | Joseph L Hutson and Carey M Hutson |
| 10-32894-KRH | John E von Harders and Kimberly Ann von Harders |
| 10-33639-KRH | Deborah D Wilson |
| 10-34304-KRH | Robert M Alford |
| 10-34784-KRH | Angela E Gibson |
| 10-34786-KRH | Edward Verbeeck and Debra L Verbeeck |
| 10-34787-KRH | Robert A. Wade |
| 10-34888-KRH | Sandra Moore |
| 10-35855-KRH | Brenda Diane Brown |
| 10-37181-KRH | Jane H. Warrick |
| 10-37503-KRH | Tarsha Yvette Scott |
| 10-37504-KRH | Doris Glenda Smith |
| 10-37505-KRH | Debra Kay Randolph |
| 10-38186-KRH | Steven A Jenkins and Melissa G Jenkins |
| 10-38188-KRH | Tameka N Bodrick |
| 10-38448-KRH | Jeffrey S McCallister and Lisa Marie McCallister |
| 10-38581-KRH | Eldy Elsa Barrientos |
| 10-38582-KRH | Emily S A Thompson |
| 10-38603-KRH | Steven J Rittenhouse and Jacqueline A Rittenhouse |
| 10-38781-KRH | Ebony Latoya Sears |
| 11-30382-KRH | Milton H Brown and Yvonne J Brown |